**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

**APPENDIX H**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

United States Copyright Office
Marybeth Peters, Register of Copyrights

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  (215)861-8334
Richard M. Bernstein, U.S. Attorney's
615 Chestnut St., Ste. 1250, Phila., PA

## DEFENDANTS

Kenneth Allen Hornak,
dba Editorial Castilla la Vieja

County of Residence of First Listed Defendant   Montgomery
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | **PERSONAL INJURY** | [X] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 362 Personal Injury - Med. Malpractice | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 368 Asbestos Personal Injury Product Liability | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | [ ] 861 HIA (1395ff) | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 370 Other Fraud | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | [ ] 371 Truth in Lending | [ ] 863 DIWC/DIWW (405(g)) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | [ ] 380 Other Personal Property Damage | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | [ ] 385 Property Damage Product Liability | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | **PRISONER PETITIONS** | **LABOR** | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | [ ] 710 Fair Labor Standards Act | **FEDERAL TAX SUITS** |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | **Habeas Corpus:** | [ ] 720 Labor/Mgmt. Relations | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 530 General | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 871 IRS—Third Party 26 USC 7609 |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 740 Railway Labor Act | [ ] 893 Environmental Matters |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 540 Mandamus & Other | [ ] 790 Other Labor Litigation | [ ] 894 Energy Allocation Act |
| | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 895 Freedom of Information Act |
| | | [ ] 555 Prison Condition | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | [ ] 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 17 USC 407

Brief description of cause:  Recover costs & penalties for failure to deposit

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $  4,250

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [X] No

## VIII. RELATED CASE(S) IF ANY

None
(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | |
|---|---|
| MARYBETH PETERS,<br>　　Register of Copyrights,<br>　　United States Copyright Office, | : <br> : <br> : <br> : |
| 　　　　Plaintiff, | : <br> : CIVIL ACTION |
| 　　v. | : <br> : NO. |
| KENNETH ALLEN HORNAK,<br>　　doing business as<br>EDITORIAL CASTILLA LA VIEJA, | : <br> : <br> : <br> : |
| 　　　　Defendant. | : |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.　　　　( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits　　　　( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　( X )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.　　　　( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)　　　　( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( )

| May 26, 2005 | Richard M. Bernstein | Register of Copyrights |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |

| 215-861-8334 | 215-861-8349 | richard.bernstein@usdoj.gov |
|---|---|---|
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA - DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:  615 Chestnut Street, Suite 1250, Philadelphia, PA  19106
Address of Defendant:
Place of Accident, Incident or Transaction:
(Use Reverse Side for Additional Space)

Does this case involve multidistrict litigation possibilities?                     Yes ___        No __X__
RELATED CASE IF ANY
Case Number _____        Judge _____        Date Terminated _____

Civil cases are deemed related when yes is answered to any of the following questions:

1.   Is this case related to property included in an earlier numbered suit pending or within
     one year previously terminated action in this court?                     Yes ___        No __X__

2.   Does this case involve the same issue of fact or grow out of the same transaction as a
     prior suit pending or within one year previously terminated action in this court?     Yes ___        No __X__

3.   Does this case involve the validity or infringement of a parent already in suit or any earlier
     numbered case pending or within one year previously terminated action  in this court?     Yes ___        No __X__

CIVIL: (Place ____ in ONE CATEGORY ONLY)
*A. Federal Question Cases:*                                         *B.*     *Diversity Jurisdiction Cases:*

1.   __   Indemnity  Contract, Marine Contract, and all          1.   ___   Insurance Contact and other Contracts
          Other Contracts

2.   __   FELA                                                   2.   ___   Airplane Personal Injury

3.   __   Jones Act-Personal Injury                             3.   ___   Assault, Defamation

4.   __   Antitrust                                              4.   ___   Marine Personal Injury

5.   __   Patent                                                 5.   ___   Motor Vehicle Personal Injury

6.   __   Labor-Management Relations                            6.   ___   Other Personal Injury (Please Specify)

7.   __   Civil Rights                                           7.   ___   Products Liability

8.   __   Habeas Corpus                                          8.   ___   Products Liability  - Asbestos

9.   __   Securities Act(s) Cases                               9.   ___   All Other Diversity Cases (Please
                                                                           Specify)
10.  __   Social Security Review Cases

11.  _X_  All other Federal Question Cases (Please specify)  17 U.S.C. § 407

### ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, ___Richard M. Bernstein, AUSA___ , counsel of record do hereby certify:

       ___   Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this
             civil action case exceed the sum of $150,000.00 exclusive of interest and costs:
       ___   Relief other than monetary damages are sought,

DATE: _____        _____        _____
                             Attorney-at-Law   Richard M. Bernstein, AUSA        Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within ono year previously terminated action in this
court except as noted above,

DATE: _____        _____        _____
                             Attorney-at-Law   Richard M. Bernstein, AUSA        Attorney I.D.#

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARYBETH PETERS,         )
  Register of Copyrights,     )
  United States Copyright Office, )
                             )
        Plaintiff,        )
                             )
     v.                )
                             )
KENNETH ALLEN HORNAK,    )
  doing business as        )
EDITORIAL CASTILLA LA VIEJA,  )
                             )
        Defendant.     )

## COMPLAINT

1.    Jurisdiction is founded upon 28 U.S.C. § 1345, and 17 U.S.C. § 407(d). Venue is proper under 28 U.S.C. § 1391(b) and (c).

2.    Plaintiff is the Register of Copyrights, United States Copyright Office, and brings this action on behalf of the United States of America.

3.    On information and belief, the Defendant, Kenneth Allen Hornak is doing business as Editorial Castilla La Vieja, and is residing within and doing business in the State of Pennsylvania with a place of business in Horsham, Pennsylvania.

4.    This action is brought under 17 U.S.C. § 407 to recover costs and penalties for the failure of Defendant to comply with the deposit requirements set out by that statute.

5.    Kenneth Allen Hornak has published seven books with notice of copyright in the United States, from 1995 through 1999. The seven books are listed in  A, appended hereto and incorporated herein by reference. To date, Kenneth Allen Hornak has failed to deposit two

complete copies of the best edition of each of these seven books in the Library of Congress after publication, as required by 17 U.S.C. § 407(a).

6. The Copyright Acquisitions Division of the Library of Congress sent a written demand letter on April 7, 2004 to Kenneth Allen Hornak seeking compliance with the deposit requirement of 17 U.S.C. § 407(a) (*See*, Exhibit B). On June 8, 2004 and August 31, 2004, the Library of Congress sent follow-up letters demanding compliance with the deposit requirements of the Copyright Act. (*See*, Exhibits C and D, respectively).

7. The Department of Justice sent a final demand letter by Certified Mail on March 8, 2005 to Kenneth Allen Hornak to attempt to secure compliance with the deposit requirements, but Defendant continues to refuse to comply. (*See*, Exhibit E).

8. By reason of the foregoing, as prescribed by 17 U.S.C. § 407(d), Defendant Kenneth Allen Hornak is liable to Plaintiff for a pecuniary penalty of $250 as prescribed by § 407(d)(1) for each book listed in Exhibit A, published in the United States subsequent to January 1, 1978 for which there has been a written demand and the mandatory deposit has not been received. Defendant Kenneth Allen Hornak is also liable for the total retail price of the copies, or, if no retail price has been fixed, the reasonable cost to the Library of Congress of acquiring them pursuant to § 407(d)(2). Because Defendant Kenneth Allen Hornak has willfully and repeatedly refused to comply with at least four deposit demands made by Plaintiff, Defendant is also liable to pay a fine of $2,500 as set forth in § 407(d)(3).

WHEREFORE, Plaintiff prays:

1. That judgment be entered in favor of plaintiff in the amount of its claims, with interest and costs;

- 2 -

2.    That Plaintiff be awarded its reasonable attorneys fees; and

3.    That Plaintiff have such further relief as may be just and proper.

Respectfully submitted,

PETER D. KEISLER, JR.
Assistant Attorney General

JOHN FARGO
Director

PATRICK L. MEEHAN
United States Attorney

_____

VIRGINIA A. GIBSON
Assistant United States Attorney
Chief, Civil Division

_____RMB2157

RICHARD M. BERNSTEIN
Assistant United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106
Telephone:  (215) 861-8334

May 26, 2005

Of Counsel:                     ROBERT G. HILTON
                                Attorney
                                Commercial Litigation Branch
                                Civil Division
                                Department of Justice
                                Washington, D.C.  20530
                                Telephone: (202) 307-0346
                                Telefax:   (202) 307-0345

- 3 -

# EXHIBIT A

Exhibit A
Editorial Castilla La Vieja Publications

1.  *Diccionario de Meteorologia y Climatologia: Castellano-Ingles, Ingles-Castellano* (Dictionary of Meteorology and Climatology: English-Spanish, Spanish-English), 2d ed.  Kenneth Allen Hornak.  ISBN 0-9643569-2-9 (© 1997).

2.  *Colloquialisms of Spain: Everyday Expressions, Idioms and Cultural Notes of the People of Spain.*  Kenneth Allen Hornak.  ISBN 0-9643569-1-0 (© 1995).

3.  *Diccionario de Astronomia y Cosmologia: Castellano-Ingles, Ingles-Castellano* (Dictionary of Astronomy and Cosmology: English-Spanish, Spanish-English).  Kenneth Allen Hornak. ISBN 0-9643569-7-X (© 2001).

4.  *Diccionario de Liquenologia: Castellano-Ingles, Ingles-Castellano* (Dictionary of Lichenology: English-Spanish, Spanish-English).  Kenneth Allen Hornak.  ISBN 0-9643569-3-7 (© 1998).

5.  *Diccionario de Oceanografia y Biologia Marina: Castellano-Ingles, Ingles-Castellano* (Dictionary of Oceanography and Marine Biology: English-Spanish, Spanish-English). Kenneth Allen Hornak.  ISBN 0-9643569-5-3 (© 1999).

6.  *Diccionario de Volcanologia y Sismologia: Castellano-Ingles, Ingles-Castellano* (Dictionary of Volcanology and Seismology: English-Spanish, Spanish-English).  Kenneth Allen Hornak. ISBN 0-9643569-6-1 (© 1999).

7.  *Handbook of Spanish Stylistics: Compendio de la Estilistica Castellana.*  Kenneth Allen Hornak.  ISBN 0-9643569-4-5 (© 1998).

# EXHIBIT B

(*Attachment 1*)

The Register of Copyrights of the United States of America
United States Copyright Office · 101 Independence Avenue SE · Washington, DC 20559-6000 · (202)707-8350

APRIL 7, 2004

EDITORIAL CASTILLA LA VIEJA
ATTN: KENNETH ALLEN HORNAK
C/O 265 WINCHESTER
HORSHAM PA 19044

### Notice for Mandatory Deposit of Copies of Works
### First Published Abroad

**Work(s) Covered by This Notice:**

**PLEASE SEE TITLE(S) ON ATTACHED NOTICE(S)**

This letter constitutes formal notice to fulfill your obligation to deposit **one** complete copy of the best edition of the above work for the use or disposition of the Library of Congress.

Under section 407, mandatory deposit of works published in the United States under copyright protection must be made by the owner of copyright or of the exclusive right of publication within three months of publication.  However, written demand for the copies may be made by the Register of Copyrights at any time after publication.

As confirmed in a recent court settlement, section 407 does not differentiate between domestic and foreign works once the foreign work has been published/distributed in the United States.  Foreign works distributed in the United States by sale or for purposes of further distribution under the authority of the owner of copyright are considered to have been published in the United States and must be deposited with the U.S. Copyright Office.

While the copyright statute authorizes the claiming of two copies, in the case of works first published abroad, the Library allows the deposit of one copy to satisfy the mandatory deposit obligation.

The requirement of section 407 with respect to foreign works is consistent with both the Universal Copyright Convention (UCC) and the Berne Convention, multilateral treaties governing copyright relations between the United States and other member countries.  It does not violate provisions contained in both treaties prohibiting or restricting formalities considered conditions of copyright because although failure to deposit subjects the responsible party to fines, it does not affect the copyright status of a work.

28-9253
03.10

EDITORIAL CASTILLA LA VIEJA
APRIL 7, 2004

We are sending you this notice because we understand the work has been
published/distributed in the United States, you are the owner of copyright or of the
exclusive right of publication/distribution in the work, and our records show it has not
been deposited.  If this information is incorrect, please contact me immediately.

Deposit must be made by the Statutory Deadline of **JULY 6, 2004 .**  Please use the
attached mailing label and enclose the pink copy(s) of the **"Mandatory Deposit Notice"**
to facilitate processing.  Failure to comply makes you liable to penalties prescribed by the
copyright law.

To continue fulfillment of this obligation, you must send one complete copy of the best
edition of each work within three months after the date of publication.  You may find it
convenient to establish a regular procedure of sending each work to the Register of
Copyrights immediately after publication.

We wish to emphasize that our mission is to enhance the Library's collections, and we
make every effort to work harmoniously with the publishing community.  We appreciate
your cooperation in complying with this request and in helping to enrich the collections of
the Library of Congress.

Ava Everett
Copyright Acquisitions Specialist
Copyright Acquisitions Division
(Phone:  202-707-4843; Fax:  202-707-4435)
email: aeve@loc.gov

| | |
|---|---|
| Copyright Office<br>Copyright Acquisitions Division - LM438C<br>101 Independence Ave., S.E.<br>Washington, D.C.20559-6600 | Notice Number: 191504<br>Notice Date: 4/7/2004<br>Statutory Deadline Date: 7/6/2004 |

**Supplier:**   **Supplier Code:** V00006052

EDITORIAL CASTILLA LA VIEJA
ATTN: KENNETH ALLEN HORNAK
C/O 265 WINCHESTER
HORSHAM, PA 19044

**Special Instructions:**

FOR ASSISTANCE PLEASE CALL GLADORIA
YOUNG AT 202-707-6773.

---

**Item Number :**   1   **Supplier Title/Number:**

**Author:**   Hornak, Kenneth Allen

**Title:**   Diccionario de meteorología y climatología : Castellano-Ingles, Ingles-Castellano = Dictionary of meteorology an climatology : English-Spanish, Spanish-English / by Kenneth Allen Hornak.

**Edition:**   2nd ed.

**Imprint:**   Horsham, Pa. : Editorial Castilla La Vieja, 1997,

**Standard Number:**   0964356929

**Series:**

**Line item note:**   PLEASE SEND 1 COPY OF THE BEST EDITION (CLOTH).

**Copies:**   1

If you cannot supply this item, indicate the reason and the action you will take:

Reason: __Out of stock   __Out of Print   __Not yet published, expected date of publication:_____

Other:_____

Action:

---



**Library of Congress**

Copyright Office
Copyright Acquisitions Division - LM438C
101 Independence Ave., S.E.
Washington, D.C.20559-6600

**Mandatory Deposit Notice**

Notice Number:     191504

Notice Date:     4/7/2004

Statutory Deadline Date:     7/6/2004

---

Item Number :     2          Supplier Title/Number:

Author:     Hornak, Kenneth Allen.

Title:     Colloquialisms of Spain : everyday expressions, idioms and cultural notes of the people of Spain / Kenneth Allen
Hornak.

Edition:     ₿55.00

Imprint:     Scarlets Mill, PA, USA : Editorial Castilla la Vieja, 1995.

Standard Number:     0964356910

Series:

Line item note:     PLEASE SEND 1 COPY OF THE BEST EDITION (CLOTH).

Copies:

If you cannot supply this item, indicate the reason and the action you will take:
Reason:   __Out of stock   __Out of Print   __Not yet published, expected date of publication: _____
Other: _____
Action:

---

Item Number :     3          Supplier Title/Number:     ₿225.00

Author:     Hornak, Kenneth Allen.

Title:     Diccionario de astronomia y cosmologia : castellano-ingles, ingles-castellano = Dictionary of astronomy and
cosmology : English-Spanish, Spanish-English / Kenneth Allen Hornak.

Edition:

Imprint:     Horsham, Pa. : Editorial Castilla La Vieja, c2001.

Standard Number:     096435697X

Series:

Line item note:     PLEASE SEND 1 COPY OF THE BEST EDITION (CLOTH).

Copies:

If you cannot supply this item, indicate the reason and the action you will take:
Reason:   __Out of stock   __Out of Print   __Not yet published, expected date of publication: _____
Other: _____
Action:



**Library of Congress**

Copyright Office
Copyright Acquisitions Division - LM438C
101 Independence Ave., S.E.
Washington, D.C.20559-6600

**Mandatory Deposit Notice**

| | |
|---|---|
| Notice Number: | 191504 |
| Notice Date: | 4/7/2004 |
| Statutory Deadline Date: | 7/6/2004 |

---

Item Number :   4          Supplier Title/Number:

Author:   Hornak, Kenneth Allen.

Title:   Diccionario de liquenologia : Castellano-Ingles/Ingles-Castellano = Dictionary of lichenology : English-Spanish/Spanish-English / by Kenneth Allen Hornak.

Edition:

Imprint:   Horsham, Penna. : Editorial Castilla La Vieja, c1998.     $195.00

Standard Number:   0964356937

Series:

Line item note:   PLEASE SEND 1 COPY OF THE BEST EDITION (CLOTH).

Copies:   1

If you cannot supply this item, indicate the reason and the action you will take:
Reason: __Out of stock  __Out of Print  __Not yet published, expected date of publication:_____
Other:_____
Action:

---

Item Number :   5          Supplier Title/Number:          $325.00

Author:   Hornak, Kenneth Allen.

Title:   Diccionario de oceanografia y biologia marina : Castellano-Ingles, Ingles-Castellano = Dictionary of oceanography and marine biology : English-Spanish, Spanish-English / by Kenneth Allen Hornak.

Edition:

Imprint:   Horsham, Pa. : Editorial Castilla La Vieja, c1999.

Standard Number:   0964356953

Series:

Line item note:   PLEASE SEND 1 COPY OF THE BEST EDITION (CLOTH).

Copies:   1

If you cannot supply this item, indicate the reason and the action you will take:
Reason: __Out of stock  __Out of Print  __Not yet published, expected date of publication:_____
Other:_____
Action:

---



**Library of Congress**                    **Mandatory Deposit Notice**

Copyright Office                           Notice Number:    191504
Copyright Acquisitions Division - LM438C
101 Independence Ave., S.E.                Notice Date:    4/7/2004
Washington, D.C.20559-6600         Statutory Deadline Date:    7/6/2004

---

Item Number :   6          Supplier Title/Number:          $ 225.00

Author:   Hornak, Kenneth Allen.

Title:   Diccionario de volcanologia y sismologia : Castellano-Ingles, Ingles-Castellano = Dictionary of volcanology and
         seismology : English-Spanish, Spanish-English / Kenneth Allen Hornak.

Edition:

Imprint:   Horsham, Pa. : Editorial Castilla La Vieja, c1999.

Standard Number:   0964356961

Series:

Line item note:    PLEASE SEND A COPY OF THE BEST EDITION (CLOTH).

Copies:

If you cannot supply this item, indicate the reason and the action you will take:
Reason:   Out of stock   __Out of Print   Not yet published, expected date of publication: _____
   Other: _____
Action:

---

Item Number :   7          Supplier Title/Number:          $ 55.00

Author:   Hornak, Kenneth Allen.

Title:   Handbook of spanish stylistics : compendio de la estilistica castellana / Kenneth Allen Hornak.

Edition:

Imprint:   Horsham : Editorial Castilla la Vieja, 1998.

Standard Number:   none

Series:

Line item note:    PLEASE SEND A COPY OF THE BEST EDITION (CLOTH).

Copies:

If you cannot supply this item, indicate the reason and the action you will take:
Reason: __Out of stock   __Out of Print   __Not yet published, expected date of publication: _____
   Other: _____
Action:

---



**Library of Congress**

Copyright Office
Copyright Acquisitions Division - LM438C
101 Independence Ave., S.E.
Washington, D.C.20559-6600

**Mandatory Deposit Notice**

| | |
|---|---|
| Notice Number: | 191504 |
| Notice Date: | 4/7/2004 |
| Statuatory Deadline Date: | 7/6/2004 |

**Ship to:**

Library of Congress
Copyright Office
Copyright Acquisitions Division - LM438C
101 Independence Ave., S.E.
Washington, D.C.20559-6600

# EXHIBIT C

(Attachment 5)



The Register of Copyrights of the United States of America
United States Copyright Office · 101 Independence Avenue SE · Washington, DC. 20559-6000 · (202) 707-8350

June 8, 2004

Kenneth Allen Hornak
C/o 265 Winchester
Horsham, PA  19044

Dear Mr. Hornak;

We are in receipt of your notice of "Violation Warning – Denial of Rights Under
Color of Law", dated April 13, 2004.   Please be aware, the Mandatory Deposit
Notice, dated April 7, 2004 received by you is in no way related to 18 USC §242,
Deprivation of rights under color of law.

Mrs. Everett has provided you with a valid legal notice, duly informing you that
under Title 17 USC §407 Deposit of copies for Library of Congress, you are required
to deposit copies of each of the titles requested, in the notice, with the U.S.
Copyright Office.

In the original notice, Mrs. Everett, based on comments from you, assumed that these
works where first published abroad.  However, since we cannot find any evidence
that you are a foreign publisher, two copies of each of the titles requested is required
to fulfill your requirement.

Should you have any questions or need additional clarification; you or your lawyer
may contact Mrs. Everett at 202-707-4843 or aeve@loc.gov.

Sincerely

Jewel Player
Chief, Copyright Acquisitions Division

Enclosures

28-4253

03.10



United States Copyright Office
Library of Congress · 101 Independence Avenue SE · Washington, DC 20559-6000 · www.copyright.gov

## NOTICE FOR MANDATORY DEPOSIT OF COPIES

### June 8, 2004

We understand that the work(s) cited in the enclosed request form(s) has (have) been offered for sale in the United States and that you are the owner of copyright or of the exclusive right of publication/distribution. **If this is incorrect, please contact the person indicated in the enclosed "Mandatory Deposit Notice" within two weeks of receipt of this letter.**

For all works published in the United States under copyright protection, the mandatory deposit provisions of section 407 of the copyright law (17 U.S.C.) obligate the owner of copyright or of the exclusive right of publication/distribution to make the required deposit within three months after the date of publication. The Register of Copyrights may, however, make written claim for the required copies at any time after publication. The obligation to deposit published works under copyright protection exists whether or not copyright registration is sought.

This document constitutes formal claim for deposit under section 407 of the copyright law (17 U.S.C.) of two complete copies of the best edition of the work(s) cited in the enclosed forms, for the use or disposition by the Library of Congress.

**To fulfill this obligation,** please (1) send **two complete copies of the best edition** using our mailing label; and (2) enclose the pink copy(s) of the attached **"Mandatory Deposit Notice"** to facilitate processing.

**Deposit must be made by the Statutory Deadline indicated on the enclosed "Mandatory Deposit Notice".** Failure to comply will make you liable to penalties prescribed by the copyright law, including a fine of up to $250 per work and payment to the Library of the total retail price of the copies claimed.

In the future, we encourage you to establish a **regular procedure** of sending **two copies of each work published under copyright protection immediately after publication** to the Register of Copyrights (see the enclosed Circular 7D for the correct address).

We appreciate your cooperation in complying with the deposit requirement of the law and in helping to enrich the collections of the Library of Congress.

*Jewel A Player*

Jewel Player
Chief, Copyright Acquisitions Division
Enclosures:  (1) Mandatory Deposit Notice; (2) Information packet



**Library of Congress**
Library of Congress
Copyright Office
Copyright Acquisitions Division - LM438C
101 Independence Ave., S.E.
Washington, D.C. 20559-6600

**Mandatory Deposit Notice**

| | |
|---|---|
| Notice Number: | 194915 |
| Notice Date: | 8/Jun/2004 |
| Statutory Deadline Date | 6/Sep/2004 |

EDITORIAL CASTILLA LA VIEJA
ATTN: KENNETH ALLEN HORNAK
C/O 265 WINCHESTER
HORSHAM, PA 19044

V00006052

FOR ASSISTANCE, PLEASE CONTACT AVA EVERETT AT 202-707-4843

Item Number :     1

Author:     Hornak, Kenneth Allen.

Title:     Diccionario de meteorología y climatología : Castellano-Inglés, Inglés-Castellano = Dictionary of meteorology and climatology : English-Spanish Spanish-English / by Kenneth Allen Hornak.

Edition:     2nd ed.

Imprint:     Horsham, Pa. : Editorial Castilla La Vieja, 1997.

Standard Number:     ISBN 0964356929

Line Item notes:     PLEASE SEND TWO COPIES OF THE BEST EDITION (CLOTH)

Copies:     2

If you cannot supply this item, indicate the reason and the action you will take:
Reason: __ Out of stock __ Out of Print __ Not yet published, expected date of publication: _____
__ Ceased __ Other: _____
Action: _____



Library of Congress
Library of Congress
Copyright Office
Copyright Acquisitions Division – LM438C
101 Independence Ave., S.E.
Washington, D.C. 20559-6600

Mandatory Deposit Notice

| | |
|---|---|
| Notice Number: | 194915 |
| Notice Date: | 8/Jun/2004 |
| Statutory Deadline Date | 6/Sep/2004 |

---

Item Number :  2

Author:  Hornak, Kenneth Allen.

Title:  Colloquialisms of Spain : everyday expressions, idioms and cultural notes of the people of Spain / Kenneth Allen Hornak.

Imprint:  Scarlets Mill, PA, USA : Editorial Castilla la Vieja, 1995.

Standard Number:  ISBN 0964356910

Line item note:  PLEASE SEND TWO COPIES OF THE BEST EDITION (CLOTH)

Copies:  2

If you cannot supply this item, indicate the reason and the action you will take:
Reason:  __Out of stock  __Out of Print  __Not yet published, expected date of publication: _____
____Ceased: ___Other: _____
Action:

---

Item Number :  3

Author:  Hornak, Kenneth Allen.

Title:  Diccionario de astronomía y cosmología : castellano-inglés, inglés-castellano = Dictionary of astronomy and cosmology : English-Spanish, Spanish-English / Kenneth Allen Hornak.

Imprint:  Horsham, Pa. : Editorial Castilla La Vieja, c2001.

Standard Number:  ISBN 096435697X

Line item note:  PLEASE SEND TWO COPIES OF THE BEST EDITON (CLOTH).

Copies:  2

If you cannot supply this item, indicate the reason and the action you will take:
Reason:  __Out of stock  __Out of Print  __Not yet published, expected date of publication: _____
____Ceased: ___Other: _____
Action:



**Library of Congress**
Library of Congress
Copyright Office
Copyright Acquisitions Division – LM438C
101 Independence Ave., S.E.
Washington, D.C. 20559-6600

**Mandatory Deposit Notice**

| | |
|---|---|
| Notice Number: | 194915 |
| Notice Date: | 8/Jun/2004 |
| Statutory Deadline Date | 6/Sep/2004 |

---

Item Number :        4

Author:     Hornak, Kenneth Allen.

Title:      Diccionario de liquenología : Castellano-Inglés/Inglés-Castellano = Dictionary of lichenology : English-Spanish/Spanish-English / by Kenneth Allen Hornak.

Imprint:    Horsham, Penna. : Editorial Castilla La Vieja, c1998.

Standard Number:      ISBN 0964356937

Line Item note:    PLEASE SEND TWO COPIES OF THE BEST EDITION (CLOTH)

Copies:      2

If you cannot supply this item, indicate the reason and the action you will take:
Reason: __Out of stock  __Out of Print  __Not yet published, expected date of publication:_____
_____ Ceased:  ____Other:_____
Action:

---

Item Number :        5

Author:     Hornak, Kenneth Allen.

Title:      Diccionario de oceanografía y biología marina : Castellano-Inglés, Inglés-Castellano = Dictionary of oceanography and marine biology : English-Spanish, Spanish-English / by Kenneth Allen Hornak.

Imprint:    Horsham, Pa. : Editorial Castilla La Vieja, c1999.

Standard Number:      ISBN 0964356953

Line Item note:    PLEASE SEND TWO COPIES OF THE BEST EDITION (CLOTH)

Copies:      2

If you cannot supply this item, indicate the reason and the action you will take:
Reason: __Out of stock  __Out of Print  __Not yet published, expected date of publication:_____
_____ Ceased:  ____Other:_____
Action:

---



Library of Congress
Library of Congress
Copyright Office
Copyright Acquisitions Division - LM438C
101 Independence Ave., S.E.
Washington, D.C. 20559-6600

**Mandatory Deposit Notice**

| | |
|---|---|
| Notice Number: | 194915 |
| Notice Date: | 8/Jun/2004 |
| Statutory Deadline Date | 6/Sep/2004 |

---

Item Number :    6

Author:    Hornak, Kenneth Allen.

Title:    Diccionario da volcanología y sismología : Castellano-Inglés, Inglés-Castellano = Dictionary of volcanology and
seismology : English-Spanish, Spanish-English / Kenneth Allen Hornak.

Imprint:    Horsham, Pa. : Editorial Castilla La Vieja, c1999.

Standard Number:    ISBN 0964356961

Line Item note:    PLEASE SEND TWO COPIES OF THE BEST EDITION (CLOTH).

Copies:    2

If you cannot supply this item, indicate the reason and the action you will take:
Reason: __Out of stock __Out of Print __Not yet published, expected date of publication: _____
____Ceased: ____Other: _____
Action:

---

Item Number :    7

Author :    Hornak, Kenneth Allen.

Title :    Handbook of spanish stylistics : compendio de la estilística castellana / Kenneth Allen Hornak.

Imprint:    Horsham ; Editorial Castilla la Vieja, 1998.

Line Item note:    PLEASE SEND TWO COPIES OF THE BEST EDITION (CLOTH)

Copies:    2

If you cannot supply this item, indicate the reason and the action you will take:
Reason: __Out of stock __Out of Print __Not yet published, expected date of publication: _____
____Ceased: ____Other: _____
Action:

# EXHIBIT D



COPY

**United States Copyright Office**
Library of Congress · 101 Independence Avenue SE · Washington, DC 20559-6000 · www.copyright.gov

August 31, 2004

Editorial Castilla La Vieja
Attn: Kenneth Allen Hornak
c/o 265 Winchester
Horsham, Pennsylvania 19044

Dear Mr. Hornak:

This concerns a notice for mandatory deposit of seven works published by your company, Editorial Castilla La Vieja, the titles of which are included in this letter. The file in this case has been transferred to the General Counsel's Office of the U.S. Copyright Office for forwarding to the U.S. Department of Justice for enforcement purposes. I have reviewed the file and noted that you appear to be under the impression that demands for mandatory deposit violate your Constitutional rights. I am writing this letter in the hopes of convincing you otherwise. Enforcement actions, while arising occasionally, are inconvenient and expensive for both the government and copyright owner.

I will begin by briefly setting out the facts. On April 7, 2004, a notice of mandatory deposit for the seven works was sent by Ms. Eva Everett, copyright acquisition specialist. The demand was for one copy as a work first published abroad. In a previous telephone conversation with you, Ms. Everett was lead to believe these works were of foreign origin. On April 16, 2004, the Copyright Office received Form COL, Violation Warning-18 U.S.C. § 242, directed to Ms. Everett. While the notice contained no letter of explanation, a statement on the Form read: "Ava Everett threatens action under color-of-law, without regard to the legal definition of U.S.C. Title 17 (attached herewith) concerning proper jurisdiction and scope."

On May 17, 2004, the Copyright Office received an "affidavit" from you requesting return of two copies of "The Spanish Dictionary of Practical Examples" and forty dollars. In 1994, this work was registered by the Copyright Office through deposit of two copies and payment of the registration fee, which I believe was twenty dollars at that time. The copyright information on this work was placed in the public record, and certificate TX-3-880-142 was issued to you.

In a letter dated June 8, 2004, Ms. Jewel Player, Chief of Copyright Acquisitions Division, wrote you advising that mandatory deposit in no way violated 18 U.S.C. § 242. She clarified that as a U.S. publisher, you were not entitled to be treated as a foreign publisher. As a result, the demand was modified to two copies of each title requested. On June 24, 2004, Ms. Player received a similar Form COL as had been sent to Ms. Everett.

2B-9253

03.10

Kenneth Allen Hornak                    -2-                    August 31, 2004

Under section 407 of the copyright law, the owner of copyright or of the exclusive right of publication of a work published under copyright protection in the United States is required to deposit in the Copyright Office two complete copies of the best edition of the work for the use or disposition of the Library of Congress.  It appears clear that you are a U.S. publisher located in Pennsylvania soliciting sales of the seven demanded works through the INTERNET.  "Publication" is defined in section 101 of the copyright law as "distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership, or by rental, lease or lending.  The offering to distribute copes...to a group of persons for purposes of further distribution.... constitutes publication."  Clearly the INTERNET offer to sell these seven works constitutes publication in the United States.

It is possible that you believe because your works are in the Spanish language that mandatory deposit does not apply to you.  If this is your belief, it is wrong.  Nothing in section 407 limits mandatory deposit to English language works.  The fact that these works are offered for sale in the United States subjects them to mandatory deposit.  Failure to comply makes you liable to penalties prescribed by the copyright law, including a fine of up to $250 per work and payment to the Library of the total retail price of the copies claimed.  Circular 7D is enclosed providing further information.

The constitutionality of mandatory deposit was litigated and upheld in the case of Ladd v. Law & Technology Press, 762 F.2d 809 (9th Cir. 1985).  Please find enclosed a copy of that case for your information.  The U.S. Department of Justice was the primary government agency responsible for defending the constitutionality of mandatory deposit.  In light of clear law that mandatory deposit is constitutional, your position that 18 U.S.C. § 242 has some application to the staff of the Copyright Office is without foundation.

Your request to have returned to you two copies of "The Spanish Dictionary of Practical Examples" is denied.  Under section 704(a) of the copyright law, copies deposited under sections 407 and 408 of the copyright law became the property of the United States government.  You are considered by the Library of Congress to be a significant publisher, and this work is part of the Library's collections.  Your demand for forty dollars is unexplained, and somewhat puzzling in light of the fact that the registration fee in place in 1994 was twenty dollars.  Obviously, registration fees used to secure copyright registration can not be returned at a later date.

The mandatory deposit provision enables the Library of Congress to serve as the primary archive of American cultural history.  The seven titles covered in this demand have been identified as works which would be important additions to the Library's collections.

If we do not receive the requested deposit within four weeks of the date of this letter, the case file will be forwarded to the Justice Department.  To expedite processing

Kenneth Allen Hornak                    -3-                    August 31, 2004

and forestall referral to the U.S. Justice Department, the copies should be accompanied by one of the enclosed pink copy of the shipping instructions.  Additionally, please use the enclosed mailing labels so you will be given proper credit for making the required deposit.

We look forward to receiving the titles which have been demanded.

Sincerely yours,

*Kent Dunlap*

Kent Dunlap
Principal Legal Advisor for
the General Counsel

Enclosure:
Ladd v. Law & Technology Press
Cir. 7D
Shipping instructions and list of titles
7 shipping labels

# EXHIBIT E

*RH*



**U.S. Department of Justice**

Civil Division

JF:RGH
28-4253

Telephone: (202) 307-0346
Facsimile: (202) 307-0345

*Washington, DC 20530*

March 8, 2005

**CERTIFIED MAIL – Return Receipt Requested**

Mr. Kenneth A. Hornak
Editorial Castilla La Vieja
265 Winchester
Horsham, Pennsylvania 24503-3776

      Re:   7 Publications from Editorial Castilla La Vieja
            Demand for Deposit Under 17 U.S.C. § 407(d)

Dear. Mr. Hornak:

    The above-entitled matter has been referred to the Department of Justice by the Copyright Office for suit. A demand deposit for two copies of all publications listed in Exhibit A to this letter was sent to you on July 11, 2003. Two follow-up letters were sent to you. No copies of the issues have been received by the Copyright Office. In a suit upholding the constitutionality of the deposit requirement, the Ninth Circuit stated:

> The previous law obligated the owner of a copyright, after publication, to deposit two copies with the Library. If the owner chose not to do so, the copyright was forfeit. The new law has taken away that choice about deposit. Once publication with copyright notice [not required under current, applicable law] has occurred, the owner must deposit. If he does not, rather than allow forfeiture, the Register of Copyrights may force him to "deposit" by suing him for the price of the work and then purchasing it.

*Ladd v. Law & Technology Press*, 762 F.2d 809, 814 (9th Cir. 1985).

    You have raised some matters that are not material to the deposit requirement under 17 U.S.C. § 407(a). Neither the state of incorporation nor the existence of a contract affect the requirement for deposit. Under § 407(a), the deposit is required for all works published in the United States, regardless of the owner's citizenship. You have openly solicited people to send money to an address in Pennsylvania in order to obtain copies of your books. (Exhibit B) Furthermore, this solicitation clearly indicates that you are claiming copyright protection for these books under the laws of the United States, as you state "© [year] Editorial Castilla La Vieja," along with the Pennsylvania address and the Spanish abbreviation "EE.UU. de

28-4253
03.10

-2-

Norteamerica" or the English abbreviation "USA." (Exhibit C)  No country other than "EE.UU. de Norteamerica" or "USA" is indicated as a country of publication or as a country under whose laws copyright protection is sought.  You state that the books "must be paid [for] in USA dollars," even if purchased from a foreign country.  (Exhibit B)

Inasmuch as you have published in the United States and specifically claimed protection under the copyright laws of the United States, you are obligated to make the statutory deposit. You have ten (10) days from receipt of this letter in which to comply with the written demand of the Register of Copyrights.  You may comply by sending two copies of the best edition of each issue to:

Library of Congress
Copyright Acquisitions Division
Attn:  Jewel Player
101 Independence Ave., S.E.
Washington, D.C.  20559-6600

If you do not comply within this time, a complaint will be filed in the Federal District Court in which we will seek a judgment including the $1,750 ($250 per work) statutory penalty, the total retail price of the copies, and $2,500 for willful or repeated failure to comply with the deposit demands as set forth in § 407(d).

If you dispute this claim, please contact the undersigned at (202) 307-0346 immediately.

Very truly yours,

Robert G. Hilton
Attorney
Commercial Litigation Branch
Civil Division

Exhibit A: List of 7 Editorial Castilla La Vieja Publications

cc:    Kent Dunlap
       Principal Legal Advisor for the General Counsel
       United States Copyright Office

Exhibit A
Editorial Castilla La Vieja Publications

1.   *Diccionario de Meteorologia y Climatologia: Castellano-Ingles, Ingles-Castellano* (Dictionary of Meteorology and Climatology: English-Spanish, Spanish-English), 2d ed.  Kenneth Allen Hornak.  ISBN 0-9643569-2-9 (© 1997).

2.   *Colloquialisms of Spain: Everyday Expressions, Idioms and Cultural Notes of the People of Spain.*  Kenneth Allen Hornak.  ISBN 0-9643569-1-0 (© 1995).

3.   *Diccionario de Astronomia y Cosmologia: Castellano-Ingles, Ingles-Castellano* (Dictionary of Astronomy and Cosmology: English-Spanish, Spanish-English).  Kenneth Allen Hornak.  ISBN 0-9643569-7-X (© 2001).

4.   *Diccionario de Liquenologia: Castellano-Ingles, Ingles-Castellano* (Dictionary of Lichenology: English-Spanish, Spanish-English).  Kenneth Allen Hornak.  ISBN 0-9643569-3-7 (© 1998).

5.   *Diccionario de Oceanologia y Biologia Marina: Castellano-Ingles, Ingles-Castellano* (Dictionary of Oceanography and Marine Biology: English-Spanish, Spanish-English).  Kenneth Allen Hornak.  ISBN 0-9643569-5-3 (© 1999).

6.   *Diccionario de Volcanologia y Sismologia: Castellano-Ingles, Ingles-Castellano* (Dictionary of Volcanology and Seismology: English-Spanish, Spanish-English).  Kenneth Allen Hornak.  ISBN 0-9643569-6-1 (© 1999).

7.   *Handbook of Spanish Stylistics: Compendio de la Estilistica Castellana.*  Kenneth Allen Hornak.  ISBN 0-9643569-4-5 (© 1998).

# ORDER

## Editorial Castilla La Vieja Trust

### c/o 265 Winchester

### Horsham, Pennsylvania 19044

### USA

*Phone:* (215) 643 1558 *Fax:* (215) 643 4315 *Questions:* <u>castilla@sprynet.com</u>

Check or Money Order payable to "Editorial Castilla La Vieja Trust"
*Must be paid in USA dollars*

---

### NEW PRICING !

2 books: 20% off on 2nd book of same or lesser value

5 books: 25% off on 2nd -5th books of same or lesser value

Include $ 5 shipping on each book

Feel free to include our <u>other</u> bilingual dictionaries in your quantity discount too!

---

<u>The Spanish Dictionary of Practical Examples</u>

HARDBOUND 892 pages, 8½ X 11", attractive, durable binding with golden seal of Editorial Castilla La Vieja on black cover. Non-glare page colour on acid-free paper. Price $195.$^{00}$ + $5 shipping.
© 1995 Editorial Castilla La Vieja  ISBN: 0-9643569-0-2  LCCN: 94-61322

<u>Colloquialisms of Spain</u>

HARDBOUND 160 pages, 6 x 8", gold-stamped binding with seal of Editorial Castilla La Vieja on durable crimson cover. Price $55.$^{00}$ + $5 shipping.
© 1995 Editorial Castilla La Vieja  ISBN: 0-9643569-1-0

<u>Dictionary of Meteorology and Climatology</u> New, Expanded 2nd Edition

HARDBOUND 725 pages, 6 x 8", over 15,000 entries. Durable, glossy black cover with gold seal of Editorial Castilla La Vieja and gold lettering. Price $195.$^{00}$ + $5 shipping
© 1997 Editorial Castilla La Vieja  ISBN: 0-9643569-2-9

Exhibit B

Dictionary of Lichenology

HARDBOUND, 347 pages, approx. 6500 entries, 6 x 8". Durable, glossy black cover with gold seal of
Editorial Castilla La Vieja. Price $195.$^{\infty}$ + $ 5 shipping.
© 1998 Editorial Castilla La Vieja  ISBN: 0-9643569-3-7


Diccionario de Liquenología

TAPA DURA, 347 páginas, más de 6500 artículos, 15 x 20cm.
Precio $195 dólares USA + $ 5 por gastos de envío.
© 1998 Editorial Castilla La Vieja  ISBN: 0-9643569-3-7


Handbook of  Spanish Stylistics

HARDBOUND,  224 pages, over 1,600 example sentences, 15 x 20 cm.. Durable, glossy forest green
cover with gold seal of Editorial Castilla La Vieja. Price $55.$^{\infty}$ + $ 5 shipping.
© 1998 Editorial Castilla La Vieja  ISBN: 0-9643569-4-5


Dictionary of Oceanography and Marine Biology
Diccionario de Oceanografía y Biología Marina

HARDBOUND, 974 pages, over 28,000 entries. Durable, glossy black cover with gold seal of Editorial
Castilla La Vieja. Price $225.$^{\infty}$ + $ 5 shipping.
© 1999 Editorial Castilla La Vieja  ISBN: 0-9643569-5-3


Dictionary of Volcanology and Seismology
Diccionario de Volcanología y Sismología

HARDBOUND, 1,013 pages, over 24,000 entries. Durable, glossy black cover with the golden seal of
Editorial Castilla La Vieja. Price $225.$^{\infty}$ + $ 5 shipping.
© 1999 Editorial Castilla La Vieja  ISBN: 0-9643569-6-1


Dictionary of Astronomy and Cosmology
Diccionario de Astronomía y Cosmología

HARDBOUND, 1,041 pages, over 24,000 entries. Durable, glossy black cover with the golden seal of
Editorial Castilla La Vieja. Price $225.$^{\infty}$ + $ 5 shipping.
© 2001 Editorial Castilla La Vieja  ISBN: 0-9643569-7-X


Dictionary of Paleontology
Diccionario de Paleontología

HARDBOUND, 1,122 pages, over 30,000 entries. Durable, glossy black cover with the golden seal of Editorial Castilla La Vieja. Price $235.⁰⁰ + $ 5 shipping.
© 2002 Editorial Castilla La Vieja  ISBN: 0-9643569-8-8

Dictionary of Political Science and International Relations

HARDBOUND, 983 pages, over 24,000 entries. Durable, glossy black cover with gold lettering and trim. Price $225.⁰⁰ + $ 5 shipping.
© 2003 Editorial Castilla La Vieja  ISBN: 0-9643569-9-6

**NEW PRICING !**

Dictionary of Philosophy
Diccionario de Filosofía

HARDBOUND, 942 pages, over 23,000 entries. Durable, glossy black cover with gold seal of Editorial Castilla La Vieja. Price $225.⁰⁰ + $ 5 shipping.
© 2005 Editorial Castilla La Vieja  ISBN: 0-9765947-0-6

---

Back to Home Page



# Dictionary of Meteorology and Climatology

## Expanded Second Edition

### English-Spanish/ Spanish-English



*Supercell in Kansas,*
*Photo by Dr. William T. Hark*
*May, 1997*



*Tornado in Nebraska*
*Photo by Richard and Daphne Thompson*
*NOAA Storm Prediction Center*

🐦 Packed with Meteorological Tables, Measurements, and Conversions

🐦 Huge Appendix of Acronyms and Abbreviations

🐦 Appendix of Meteorological Terms in Catalan, Basque and Galician

🐦 Illustrative example sentences throughout !

### Click here for **Sample Entries** from the Dictionary

HARDBOUND. 725 pages, 6 x 8", over 15,000 entries. Durable, black glossy cover with gold seal of Editorial Castilla La Vieja and gold lettering. Price $195.℠ + $5 shipping

© 1997 Editorial Castilla La Vieja Trust ISBN: 0-9643569-2-9

*Questions:* normandy1@sprynet.com

### ORDER

*Exhibit C*



### *Everyday Expressions, Idioms, Regionalisms and Cultural Notes of the People of Spain*

---

Since Spanish is spoken in about 20 countries today, a conventional dictionary could never give an exhaustive list of idioms. Expressions differ vastly from one country to the next. Thus, we focus exclusively on the Spanish of Spain. This book will tell you whether an expression is humorous, insulting, very harsh, or only used by youth.

It's difficult to get the gist of what is going on in Spanish politics and culture without knowing organizations' acronyms and their backgrounds. This book provides both.

Each phrase, idiom and slang expression in this volume has been obtained by interviewing hundreds of Spanish nationals. Now you can have the most reliable source of today's spoken Spanish.

All material is original - not a stale, reworked list of idioms. You can be rock-solid sure that this book *IS* the real language used in Spain today. Extensive notes make you an insider on many cultural aspects of Spanish life. Now you can confidently use everyday expressions, regionalisms, slang, (and even curse words). Everything from "channel surfing" to "till hell freezes over."

---

HARDBOUND 160 pages, 6 x 8", attractive, gold-stamped binding with seal of Editorial Castilla La Vieja on durable crimson cover. Price $55.$^{00}$ + $5 shipping.

© 1995 Editorial Castilla La Vieja ISBN: 0-9643569-1-0

<u>ORDER</u>

---

<u>Back to Home Page</u>

# *Dictionary of Astronomy & Cosmology*
### *English - Spanish / Spanish - English*



# *Diccionario de Astronomía y Cosmología*
### *Castellano - Inglés / Inglés - Castellano*

*An exhaustive reference work embracing all aspects of*
*Astronomy & Cosmology*

In-depth treatment of terminology in:

| | | | |
|---|---|---|---|
| astronomy | cosmology | asteroids | comets |
| astrophysics | solar-terrestrial physics | relativity | astronomical equipment |
| planetary geology | meteor astronomy | meteorites | cosmochemistry |
| planetology | cosmogony | astrometry | uranography |
| archaeoastronomy | areology | selenology | . . . |

- Hardcover
  1,041 pages



Over 24,000 entries
8x6"
Durable, glossy black cover
with gold seal of Editorial Castilla La Vieja

## PLUS



- Sample translation sentences throughout
  Appendix of acronyms & abbreviations
  Appendix of useful astronomy/cosmology
  charts and tables

**SAMPLE PAGES from English – Spanish/ Spanish- English Sections**

*Photo Credits*

AURORA OVER ALASKA
*Courtesy of Dr. Jan Curtis (Alaska Climate Research Center)*

LEONID BOLIDE
*Courtesy of meteor observers Massimo Chianese and Claire Arbonnier*

© *2001 Editorial Castilla La Vieja ISBN: 0-9643569-7-X*

### ORDER

Price: $ 225 USA + $ 5 shipping/ handling

*Check or money order payable to:*

Editorial Castilla La Vieja Trust
c/o 265 Winchester
Horsham, Pennsylvania 19044
USA

Back to Home Page



## Castellano-Inglés e Inglés-Castellano

### *El diccionario abarca todos los aspectos de la liquenología*

**La Liquenología:**



- Biología de los líquenes
- Biogeografía de los líquenes
- Líquenes como bioindicadores de la calidad del aire
- Química de los líquenes
- Nomenclatura de los líquenes
- Investigaciones liquenológicas en el laboratorio
- Taxonomía de los líquenes
- Valor medicinal de los líquenes

**También incluye:**



- Índice trilingüe de especies arbóreas:

  *Castellano - Latín - Inglés*
  *Latín - Inglés - Castellano*
  *Inglés - Latín - Castellano*

- Índice de diagramas de la estructura química de sustancias liquénicas
- Índice de artículos scientíficos sobre la liquenología en castellano e inglés
- Otras tablas
- Encuadernación resistente con estampaciones en oro
- Tapa dura, 347 páginas, más de 6500 artículos, 15 x 20cm

*© 1998 Editorial Castilla La Vieja ISBN: 0-9643569-3-7*

<u>Pedidos</u>

Precio: $ 195 dólares USA + $ 5 por gastos de envío.

*Favor de hacer el cheque o giro postal nominativo a:*

Editorial Castilla La Vieja Trust

c/o 265 Winchester
Horsham, Pennsylvania 19044
EE.UU. de Norteamérica

---

DICTIONARY OF LICHENOLOGY 1998

Regresar a la Página de Bienvenida

Case 2:05-cv-02517-SD   Document 1   Filed 05/27/05   Page 42 of 46

# *Diccionario de Oceanografía y Biología Marina*

*Castellano - Inglés / Inglés - Castellano*



*Una obra de consulta completísima que abarca
todos los aspectos de la
Oceanografía y Biología Marina*

| | | | |
|---|---|---|---|
| oceanografía física | avifauna marina | ecología marina | ictiología |
| oceanografía química | morfología costera | biorremediación marina | cetología |

| radioecología marina | geología marina | conchiliología | ficología |
| especies marinas | equipo oceanográfico | biotecnología marina | crustaceología |
| zoología marina | botánica marina | farmacología marina | parasitología marina |
| investigaciones pesqueras | oceanografía de estuarios | malacología | toxicología marina |
| limpieza de derrames de petróleo | gestión de recursos faunísticos | acuicultura y piscicultura | . . . |

- tapa dura  15 x 20 cm
- 974 páginas
- más de 28.000 artículos
- Encuadernación bella y resistente  con estampaciones en oro

## *Incluye lo siguiente:*

- apéndice de especies marinas latín - inglés - castellano
- apéndice de siglas y abreviaturas empleadas en las ciencias del mar
- tablas oceanográficas

| EJEMPLOS- Castellano- Inglés / Inglés- Castellano | EJEMPLOS- apéndice de especies marinas |

*© 1999 Editorial Castilla La Vieja ISBN: 0-9643569-5-3*

PEDIDOS

Precio: $ 225 USA + $ 5 por gastos de envío.

*Favor de hacer el cheque o giro postal nominativo a:*

*Editorial Castilla La Vieja Trust*
*c/o 265 Winchester*
*Horsham, Pennsylvania 19044*
*EE.UU. de Norteamérica*

*Otras obras de consulta que publica Editorial Castilla La Vieja:*

| Diccionario de Meteorología y Climatología *Castellano - Inglés / Inglés - Castellano ISBN: 0-9643569-2-9* | Diccionario Castellano de Ejemplos Prácticos *ISBN: 0-9643569-0-2* | Compendio de la Estilística Castellana *ISBN: 0-9643569-4-5* | Coloquialismos de España *ISBN: 0-9643569-1-0* | Diccionario de Liquenología *Castellano - Inglés / Inglés - Castellano ISBN: 0-9643569-3-7* |



# Diccionario de Volcanología y Sismología

*Castellano - Inglés / Inglés - Castellano*

**Una obra de consulta completísima que abarca todos los aspectos de la volcanología y la sismología.**

| | | |
|---|---|---|
| petrología ígnea | vigilancia volcánica | geoquímica de fluidos |
| petrología metamórfica | alerta de tsunamis | geoquímica isotópica |
| sismicidad volcánica | energía geotérmica | geoquímica de rocas ígneas |
| ingeniería antisísmica | tectonofísica | geomorfología física |
| socorro en caso de catástrofe | telesismología | evolución magmática |
| mitigación del riesgo sísmico | flujos caloríficos | .... |





- Apéndice de tablas
- Apéndice de siglas y abreviaturas utilizadas en la volcanología y la sismología
- Tapa dura
- 1.013 páginas
- Más de 24.000 artículos
- 15 x 20 cm
- Encuadernación bella y resistente con estampaciones en oro

## PÁGINA MUESTRA: INGLÉS – CASTELLANO

*FOTOS*

*Volcán Kilauea (en Hawai), cortesía de Da. Virginia Brown*

*Plegamiento en los Montes Apalaches por Kenneth Allen Hornak*

*Diaclasación prismática, cortesía de Anne Dawson*

---

*© 1999 Editorial Castilla La Vieja ISBN: 0-9643569-6-1*

### PEDIDOS

Precio: $ 225 USA + $ 5 por gastos de envío.

*Favor de hacer el cheque o giro postal nominativo a:*

Editorial Castilla La Vieja Trust
c/o 265 Winchester
Horsham, Pennsylvania 19044
EE.UU. de Norteamérica

---



# Handbook of

# *Spanish Stylistics*



## Compendio de la estilística castellana

### © 1998 Editorial Castilla La Vieja

ISBN: 0-9643569-4-5

*Excellent Translation Through Professional,*
*Polished Spanish Expression*



- A Quick reference for speakers of English and Spanish

- Hardcover 15 x 20cm  224 pages with over 1,600 example sentences